IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CINDY ALLEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHSPSC, LLC, ) <br> ) <br> Defendant. ) <br> ) <br> ) | NO. 3:20-cv-00996 <br> JUDGE RICHARDSON |

## **ORDER**

The parties have filed a "Joint Stipulation of Dismissal." (Doc. No. 25). Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice, the dismissal in fact is with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED with prejudice**. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE